# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−7 | User: culy | Date Created: 9/23/2019 |
| Case: 19−70584−JAD | Form ID: pdf900 | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr　　　　BANK OF AMERICA, N.A.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust　　　Office of the United States Trustee　　　ustpregion03.pi.ecf@usdoj.gov
tr　　　　Ronda J. Winnecour　　　cmecf@chapter13trusteewdpa.com
aty　　　James Warmbrodt　　　bkgroup@kmllawgroup.com
aty　　　Kenneth P. Seitz　　　thedebterasers@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　　　Alan R Shetler　　　382 Weller Road　　　New Florence, PA 15944
jdb　　　　Christina J Shetler　　　382 Weller Road　　　New Florence, PA 15944
cr　　　　　PRA Receivables Management, LLC　　　PO Box 41021　　　Norfolk, VA 23541
15125182　Bankamerica　　　4909 Savarese Circle　　　Tampa, FL 33634
15125183　Discover Fin Svcs Llc　　　Pob 15316　　　Wilmington, DE 19850
15125184　First Commonwealth Ban　　　22 North Sixth St　　　Indiana, PA 15701
15125185　Jpmcb Card　　　Po Box 15369　　　Wilmington, DE 19850
15125186　Nasa Federal Credit Un　　　Attn Loan Servicing Dpt　　　Upper Marlboro, MD 20774
15125187　Old Line Bank　　　1525 Pointer Ridge Pl　　　Bowie, MD 20716
15125188　Pa Sta Empcu　　　P.o. Box 1006　　　Harrisburg, PA 17108
15125671　Synchrony Bank　　　c/o of PRA Receivables Management, LLC　　　PO Box 41021　　　Norfolk, VA 23541
15125189　Td Bank Usa/targetcred　　　Po Box 673　　　Minneapolis, MN 55440
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 12