# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 19-70584-JAD
**Alan R. Shetler and** :
**Christina J. Shetler,** : Chapter 13
        **Debtors** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 23rd day of September, 2019, a true and correct copy of the Order dated September 19, 2019, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

    DLUBAK SPECIALTY GLASS CORP.
    520 E. CHESTNUT STREET
    BLAIRSVILLE, PA 15717

    ALAN R. SHETLER
    CHRISTINA J. SHETLER
    382 WELLER ROAD
    NEW FLORENCE, PA 15944

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>September 23, 2019</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470