**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−70584−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alan R Shetler<br>382 Weller Road<br>New Florence, PA 15944 | Christina J Shetler<br>fka Christina J Walters<br>382 Weller Road<br>New Florence, PA 15944 |

Social Security No.:
  xxx−xx−4927                                    xxx−xx−8894

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658<br>Telephone number: 814−536−7470 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| December 20, 2019<br>09:00 AM<br>Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 | December 20, 2019<br>09:00 AM<br>Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/30/19

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 19-70584-JAD
Alan R Shetler                                                         Chapter 13
Christina J Shetler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: culy              Page 1 of 1           Date Rcvd: Oct 30, 2019
                              Form ID: rsc13          Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db/jdb         +Alan R Shetler,   Christina J Shetler,    382 Weller Road,   New Florence, PA 15944-6745
15148207        Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
15125182       +Bankamerica,   4909 Savarese Circle,   Tampa, FL 33634-2413
15135505       +First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,   Pittsburgh, PA 15222-1225
15137662       +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
15125185       +Jpmcb Card,   Po Box 15369,   Wilmington, DE 19850-5369
15125186        Nasa Federal Credit Un,   Attn Loan Servicing Dpt,   Upper Marlboro, MD 20774
15125187       +Old Line Bank,   1525 Pointer Ridge Pl,   Bowie, MD 20716-1860
15125188       +Pa Sta Empcu,   P.o. Box 1006,   Harrisburg, PA 17108-1006
15125189       +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2019 03:48:40     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2019 03:45:59
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15129417        E-mail/Text: mrdiscen@discover.com Oct 31 2019 03:47:39     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH   43054-3025
15125183       +E-mail/Text: mrdiscen@discover.com Oct 31 2019 03:47:39     Discover Fin Svcs Llc,   Pob 15316,
                 Wilmington, DE 19850-5316
15125184       +E-mail/Text: bankruptcynotice@fcbanking.com Oct 31 2019 03:47:43     First Commonwealth Ban,
                 22 North Sixth St,   Indiana, PA 15701-1802
15146036       +E-mail/Text: bankruptcynotices@psecu.com Oct 31 2019 03:49:27     PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
15125671       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:44:08     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*            +First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,   Pittsburgh, PA 15222-1225
                                                                                    TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Alan R Shetler thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Christina J Shetler thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```