# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : Case No. 19-70584-JAD
**Alan R. Shetler and**                             :
**Christina J. Shetler,**                           : Chapter 13
       **Debtors**            :
                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 7th day of January, 2020, a true and correct copy of the Order dated January 6, 2020, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

> DLUBAK SPECIALTY GLASS CORP.
> 520 E. CHESTNUT STREET
> BLAIRSVILLE, PA 15717
>
> ALAN R. SHETLER
> CHRISTINA J. SHETLER
> 382 WELLER ROAD
> NEW FLORENCE, PA 15944

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: January 7, 2020

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470