**Form RSC2 (Reschedule Conciliation/COD)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Alan R Shetler**
**Christina J Shetler**
**fka Christina J Walters**
   Debtor(s)

Bankruptcy Case No.: 19–70584–JAD
Chapter: 13

## ORDER

The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-70584-JAD
Alan R Shetler                                                          Chapter 13
Christina J Shetler
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: llea                    Page 1 of 1                  Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon               Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
```
db/jdb         +Alan R Shetler,    Christina J Shetler,    382 Weller Road,    New Florence, PA 15944-6745
15148207        Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
15125182       +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
15135505       +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15137662       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15125186        Nasa Federal Credit Un,    Attn Loan Servicing Dpt,    Upper Marlboro, MD 20774
15125187       +Old Line Bank,    1525 Pointer Ridge Pl,    Bowie, MD 20716-1860
15125188       +Pa Sta Empcu,    P.o. Box 1006,    Harrisburg, PA 17108-1006
15125189       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:18:30
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15129417        E-mail/Text: mrdiscen@discover.com Mar 21 2020 04:22:56     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
15125183       +E-mail/Text: mrdiscen@discover.com Mar 21 2020 04:22:56     Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
15125184       +E-mail/Text: bankruptcynotice@fcbanking.com Mar 21 2020 04:23:01     First Commonwealth Ban,
                 22 North Sixth St,    Indiana, PA 15701-1802
15125185        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 21 2020 04:17:13      Jpmcb Card,
                 Po Box 15369,    Wilmington, DE 19850
15161183        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2020 04:18:41      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15150235        E-mail/Text: e-bankruptcy@nasafcu.com Mar 21 2020 04:22:47     NASA Federal Credit Union,
                 PO Box 1588,    Bowie, MD 20717
15146036       +E-mail/Text: bankruptcynotices@psecu.com Mar 21 2020 04:25:46      PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
15125671       +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:18:02     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*            +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Alan R Shetler thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Christina J Shetler thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```