Form RSC Conciliation (Reschedule Conciliation–COVID

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Alan R Shetler** | : | Case No. 19–70584–JAD |
| **Christina J Shetler** | : | |
| **fka Christina J Walters** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

     ***AND NOW,*** this ***The 31st of March, 2020***, due to the COVID–19 virus pandemic, the conciliation conference scheduled for 3/26/2020 is ***RESCHEDULED*** to ***6/11/20 at 02:30 PM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.***

Dated: March 31, 2020

                                     Jeffery A. Deller
                                     United States Bankruptcy Judge

cm: Debtor
     Kenneth P. Seitz, Esq.
     Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-70584-JAD
Alan R Shetler                                                            Chapter 13
Christina J Shetler
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 1              Date Rcvd: Apr 01, 2020
                             Form ID: RSCcon3        Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db/jdb          +Alan R Shetler,   Christina J Shetler,   382 Weller Road,   New Florence, PA 15944-6745
15148207         Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
15125182        +Bankamerica,   4909 Savarese Circle,   Tampa, FL 33634-2413
15135505        +First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,
                  444 Liberty Avenue,   Pittsburgh, PA 15222-1225
15137662        +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                  c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
15125186         Nasa Federal Credit Un,   Attn Loan Servicing Dpt,   Upper Marlboro, MD 20774
15125187        +Old Line Bank,   1525 Pointer Ridge Pl,   Bowie, MD 20716-1860
15125188        +Pa Sta Empcu,   P.o. Box 1006,   Harrisburg, PA 17108-1006
15125189        +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:49:42
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15129417         E-mail/Text: mrdiscen@discover.com Apr 02 2020 04:37:35   Discover Bank,
                  Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
15125183        +E-mail/Text: mrdiscen@discover.com Apr 02 2020 04:37:35   Discover Fin Svcs Llc,   Pob 15316,
                  Wilmington, DE 19850-5316
15125184        +E-mail/Text: bankruptcynotice@fcbanking.com Apr 02 2020 04:37:45   First Commonwealth Ban,
                  22 North Sixth St,   Indiana, PA 15701-1802
15125185         E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 02 2020 04:49:31   Jpmcb Card,
                  Po Box 15369,   Wilmington, DE 19850
15161183         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 04:47:30   LVNV Funding, LLC,
                  Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15150235         E-mail/Text: e-bankruptcy@nasafcu.com Apr 02 2020 04:37:17   NASA Federal Credit Union,
                  PO Box 1588,   Bowie, MD 20717
15146036        +E-mail/Text: bankruptcynotices@psecu.com Apr 02 2020 04:39:59   PSECU,   PO BOX 67013,
                  HARRISBURG, PA 17106-7013
15125671        +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:11   Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                           TOTAL: 9


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              BANK OF AMERICA, N.A.
cr*             +First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,
                  444 Liberty Avenue,   Pittsburgh, PA 15222-1225
                                                                            TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                          Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
              James Warmbrodt   on behalf of Creditor  BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz   on behalf of Debtor Alan R Shetler thedebterasers@aol.com
              Kenneth P. Seitz   on behalf of Joint Debtor Christina J Shetler thedebterasers@aol.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish   on behalf of Creditor  First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 6