**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Alan R Shetler
Christina J Shetler
fka Christina J Walters**
  Debtor(s)

Bankruptcy Case No.: 19–70584–JAD

Chapter: 13
Docket No.: 62 – 61

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 26th of October, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/12/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/21/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/12/22.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-70584-JAD

Alan R Shetler                                                                            Chapter 13

Christina J Shetler

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                                   User: auto                                          Page 1 of 2

Date Rcvd: Oct 26, 2022                          Form ID: 408                                  Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan R Shetler, Christina J Shetler, 382 Weller Road, New Florence, PA 15944-6745 |
| 15525434 | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15135505 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15125186 | | Nasa Federal Credit Un, Attn Loan Servicing Dpt, Upper Marlboro, MD 20774 |
| 15125187 | + | Old Line Bank, 1525 Pointer Ridge Pl, Bowie, MD 20716-1860 |
| 15125188 | + | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108-1006 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 23:47:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148207 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 15125182 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15129417 | | Email/Text: mrdiscen@discover.com | Oct 26 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15125183 | + | Email/Text: mrdiscen@discover.com | Oct 26 2022 23:48:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15125184 | + | Email/Text: SAABankruptcy@fcbanking.com | Oct 26 2022 23:48:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15125185 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2022 23:47:06 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15137662 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 26 2022 23:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15161183 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15150235 | | Email/Text: e-bankruptcy@nasafcu.com | Oct 26 2022 23:48:00 | NASA Federal Credit Union, PO Box 1588, Bowie, MD 20717 |
| 15146036 | + | Email/Text: bankruptcynotices@psecu.com | Oct 26 2022 23:49:00 | PSECU, PO Box 67013, HARRISBURG, PA 17106-7013 |
| 15125671 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 408 | Total Noticed: 20 |

15125189          + Email/Text: bncmail@w-legal.com

Oct 26 2022 23:48:00    Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Alan R Shetler thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Christina J Shetler thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6