**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ALAN R SHETLER <br> CHRISTINA J SHETLER <br>       Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>       Movant <br>       vs. <br> No Respondents. | Case No.:19-70584 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/18/2019 and confirmed on 1/2/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 36,022.83 |
| Less Refunds to Debtor | 622.67 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,400.16 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,619.00 | |
|    Trustee Fee | 1,641.20 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,260.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIBANK NA - TRUSTEE CMLTI ASSET TR | 0.00 | 19,142.67 | 0.00 | 19,142.67 |
|     Acct: 1367 | | | | |
|   CITIBANK NA - TRUSTEE CMLTI ASSET TR | 16.66 | 16.66 | 0.00 | 16.66 |
|     Acct: 1367 | | | | |
|   OLD LINE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1833 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 7,259.89 | 7,259.89 | 362.21 | 7,622.10 |
|     Acct: 8894 | | | | |
| | | | | 26,781.43 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAN R SHETLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAN R SHETLER | 622.67 | 622.67 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DISCOVER BANK(*) | 16,454.38 | 960.40 | 0.00 | 960.40 |
|     Acct: 8147 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 3,327.43 | 194.21 | 0.00 | 194.21 |
|     Acct: 2443 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 3,402.72 | 198.61 | 0.00 | 198.61 |
|     Acct: 1665 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH/ | 8,493.63 | 495.75 | 0.00 | 495.75 |
|     Acct: 1122 | | | | |
|   NASA FCU | 15,774.94 | 920.74 | 0.00 | 920.74 |
|     Acct: 4021 | | | | |
|   NASA FCU | 8,678.59 | 506.55 | 0.00 | 506.55 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4090 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 1,305.64 | 76.21 | 0.00 | 76.21 |
| Acct: 8894 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4352 | | | | |
| LVNV FUNDING LLC | 103.85 | 6.06 | 0.00 | 6.06 |
| Acct: 9947 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9947 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,358.53 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 30,139.96 |

TOTAL CLAIMED
PRIORITY      0.00
SECURED    7,276.55
UNSECURED  57,541.18

Date: 10/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ALAN R SHETLER
CHRISTINA J SHETLER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-70584 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Alan R Shetler  
Christina J Shetler  
    Debtors

Case No. 19-70584-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2  
Date Rcvd: Oct 26, 2022      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan R Shetler, Christina J Shetler, 382 Weller Road, New Florence, PA 15944-6745 |
| 15525434 | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15135505 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15125186 | | Nasa Federal Credit Un, Attn Loan Servicing Dpt, Upper Marlboro, MD 20774 |
| 15125187 | + | Old Line Bank, 1525 Pointer Ridge Pl, Bowie, MD 20716-1860 |
| 15125188 | + | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108-1006 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 23:47:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148207 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 15125182 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15129417 | | Email/Text: mrdiscen@discover.com | Oct 26 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15125183 | + | Email/Text: mrdiscen@discover.com | Oct 26 2022 23:48:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15125184 | + | Email/Text: SAABankruptcy@fcbanking.com | Oct 26 2022 23:48:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15125185 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2022 23:46:27 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15137662 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 26 2022 23:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15161183 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15150235 | | Email/Text: e-bankruptcy@nasafcu.com | Oct 26 2022 23:48:00 | NASA Federal Credit Union, PO Box 1588, Bowie, MD 20717 |
| 15146036 | + | Email/Text: bankruptcynotices@psecu.com | Oct 26 2022 23:49:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15125671 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| 15125189 | + | Email/Text: bncmail@w-legal.com | Oct 26 2022 23:48:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Alan R Shetler thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Christina J Shetler thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6