IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/13/22 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ALAN R SHETLER
CHRISTINA J SHETLER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-70584 JAD

Chapter 13

Related to ECF No. 61

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 13th day of December, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70584-JAD |
| Alan R Shetler | Chapter 13 |
| Christina J Shetler | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan R Shetler, Christina J Shetler, 382 Weller Road, New Florence, PA 15944-6745 |
| cr | + | Citibank, N.A., as Trustee for CMLTI Asset Trust, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15525434 | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15135505 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15125186 | | Nasa Federal Credit Un, Attn Loan Servicing Dpt, Upper Marlboro, MD 20774 |
| 15125187 | + | Old Line Bank, 1525 Pointer Ridge Pl, Bowie, MD 20716-1860 |
| 15125188 | + | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108-1006 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2022 23:48:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 14 2022 00:02:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148207 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2022 23:48:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 15125182 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2022 23:48:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15129417 | | Email/Text: mrdiscen@discover.com | Dec 13 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15125183 | + | Email/Text: mrdiscen@discover.com | Dec 13 2022 23:48:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15125184 | + | Email/Text: SAABankruptcy@fcbanking.com | Dec 13 2022 23:48:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15125185 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 00:02:14 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15137662 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 13 2022 23:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15161183 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2022 00:01:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15150235 | | Email/Text: e-bankruptcy@nasafcu.com | Dec 13 2022 23:48:00 | NASA Federal Credit Union, PO Box 1588, Bowie, MD 20717 |
| 15146036 | + | Email/Text: bankruptcynotices@psecu.com | Dec 13 2022 23:49:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15125671 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:04 | Synchrony Bank, c/o of PRA Receivables |

|  |  |  |  | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|
| 15125189 | + | Email/Text: bncmail@w-legal.com | Dec 13 2022 23:48:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | BANK OF AMERICA, N.A. |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2022                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Alan R Shetler thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Christina J Shetler thedebterasers@aol.com |
| Lauren Moyer | on behalf of Creditor Citibank N.A., as Trustee for CMLTI Asset Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7